**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6646**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHAWNELL J-VON TERRY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00371-D-1)

Submitted:  October 16, 2025                         Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shawnell J-Von Terry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawnell J-Von Terry appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction under Part A of Amendment 821 to the Sentencing Guidelines. The district court concluded that Terry was eligible for relief but exercised its discretion not to reduce Terry's sentence after analyzing the 18 U.S.C. § 3553(a) factors. On appeal, Terry does not challenge the district court's analysis of the § 3553(a) factors, arguing only that he is eligible for relief under Amendment 821. Accordingly, Terry has forfeited appellate review of the district court's dispositive ruling, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and we affirm the district court's order, *United States v. Terry*, No. 5:20-cr-00371-D-1 (E.D.N.C. Aug. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2